UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
**Lillie Esses,**

       Plaintiff,

-vs-                               **ORDER OF DISCONTINUANCE**

**Bergament Outlet & Shoes,**              CV- 03-5878(FB)(JA)

       Defendant.
-------------------------------------------------X

       It having been reported to the Court that the above action has been settled, it is

       ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

                                          SO ORDERED.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
           October 19, 2005

JOAN M. AZRACK
UNITED STATES MAGISTRATE JUDGE

TIME _____
DATE  Oct 18, 2005

DOCKET NO. CV-03-5878 (FB)     CASE  LILLIE ESSES V. BERGAMENT OUTLET

____ INITIAL CONFERENCE          ____ DISCOVERY CONFERENCE

____ SETTLEMENT CONFERENCE       ____ OTHER/STATUS CONFERENCE

____ FINAL/PRE-TRIAL CONFERENCE  ____ CONFERENCE BY TELEPHONE

TIME 15 ✓  30___  60___

FOR PLAINTIFF: _____ TELEPHONE # _____

FOR DEFENDANT: _____ TELEPHONE # _____

FOR DEFENDANT: _____ TELEPHONE # _____

FOR DEFENDANT: _____ TELEPHONE # _____

FOR DEFENDANT: _____ TELEPHONE # _____

FOR DEFENDANT: _____ TELEPHONE # _____

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR _____

_____ PRE-TRIAL ORDER TO BE SUBMITTED TO CLERK'S OFFICE BY

PLAINTIFF: _____   DEFENDANT: _____

THE FOLLOWING RULINGS WERE MADE:  PLEASE TYPE THE FOLLOWING ON THE DOCKET SHEET

Case Settled